IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                               )<br>          Plaintiff,         )<br>     v.                       )<br>                               )<br>ADRIAN NEGRETE-HERNANDEZ,     )<br>JANET MARTINEZ,               )<br>JUAN DELGADO-MONTENEGRO,      )<br>"GUERITA,"                    )<br>ISMAEL CASAS,                 )<br>MICHAEL RAMOS,                )<br>OLEGARIO TRUJILLO,            )<br>LUIS CORTEZ-MENDOZA,          )<br>ALEJANDRO MEJIA, and          )<br>PEDRO DELGADO-MONTENEGRO      )<br>                               )<br>          Defendants.         | 5:08-mj-000034 TAG<br>5:08-mj-000039 TAG<br>5:08-mj-000041 TAG<br>5:08-mj-000042 TAG<br>5:08-mj-000035 TAG<br>5:08-mj-000036 TAG<br>5:08-mj-000038 TAG<br>5:08-mj-000037 TAG<br>5:08-mj-000040 TAG<br>5:08-mj-000032 TAG |

ORDER TO UNSEAL ARREST WARRANTS
AND CRIMINAL COMPLAINTS

**Under Seal**

The United States of America has applied to this Court for an Order permitting it to unseal the Criminal Complaints and Arrest Warrants in the above-captioned matters. Upon consideration of the application and the entire record herein,

IT IS HEREBY ORDERED that the Criminal Complaints and Arrest

1


1  Warrants in the above-entitled proceedings shall be unsealed.

2  DATED: December 10, 2008

3  *[signature]*
   THERESA A. GOLDNER
4  U.S. Magistrate Judge

McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>           Plaintiff,               )<br>                                     )<br>      v.                             )<br>                                     )<br>                                     )<br>ADRIAN NEGRETE-HERNANDEZ,            )<br>JANET MARTINEZ,                      )<br>JUAN DELGADO-MONTENEGRO,             )<br>"GUERITA,"                           )<br>ISMAEL CASAS,                        )<br>MICHAEL RAMOS,                       )<br>OLEGARIO TRUJILLO,                   )<br>LUIS CORTEZ-MENDOZA,                 )<br>ALEJANDRO MEJIA, and                 )<br>PEDRO DELGADO-MONTENEGRO,            )<br>                                     )<br>           Defendants.              )<br>_____) | 5:08-mj-000034 TAG<br>5:08-mj-000039 TAG<br>5:08-mj-000041 TAG<br>5:08-mj-000042 TAG<br>5:08-mj-000035 TAG<br>5:08-mj-000036 TAG<br>5:08-mj-000038 TAG<br>5:08-mj-000037 TAG<br>5:08-mj-000040 TAG<br>5:08-mj-000032 TAG<br><br><br>APPLICATION TO UNSEAL CRIMINAL<br>COMPLAINTS AND ARREST WARRANTS |

The United States of America hereby applies to this Court for an order unsealing the arrest warrants and criminal complaints in the above-captioned proceedings.

This motion is based on the fact that the defendants in these matters were arrested on the criminal complaints.

Dated: December 10, 2008            Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney
                              By:   /s/ Karen A. Escobar
                                    KAREN A. ESCOBAR
                                    Assistant U.S. Attorney

1