THE PEREZ LAW FIRM
VICTOR M. PEREZ, ESQ. #114381
1304 W. Center Street
Visalia, CA 93291
Telephone: (559) 625-2626
Facsimile: (559) 625-3064

Attorney for Defendant, ISMAEL CASAS

**FILED**
DEC 14 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v )<br>)<br>ISMAEL CASAS, )<br>)<br>Defendant. ) | **Case Number: 1-08CR435AW1-5**<br><br>~~[PROPOSED]~~ ORDER EXONERATING BAIL |

IN ACCORDANCE with the Defendant's surrender to the federal marshal on or before October 28, 2010, Defendant's CASH MONEY bail is hereby exonerated and shall be returned to the custody of AURELIO & GRACIELA CASAS.

Dated: 12-14-10

_____
CHIEF U.S. DISTRICT JUDGE